1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER WAYNE ROBERTSON,

                              Petitioner,

        v.

MARIPOSA COURT,

                              Respondent.

Case No. 1:15-cv-00322 LJO MJS (HC)

**ORDER ADOPTING FINDINGS AND RECOMMENDATION**

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY**

**[Doc. 6]**

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 18, 2015, the Magistrate Judge issued a Findings and Recommendation that the petition be DISMISSED as duplicative. This Findings and Recommendation was served on all parties with notice that any objections were to be filed within thirty (30) days of the date of service of the order. On April 16, 2015, Petitioner filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Accordingly, having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation issued March 18, 2015, is ADOPTED;

2.    The Petition for Writ of Habeas Corpus is DISMISSED;

3.    All pending motions are DENIED as moot (Doc.5); and

4.    The Court DECLINES to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (in order to obtain a COA, petitioner must show: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  In the present case, jurists of reason would not find debatable whether the petition was properly dismissed with prejudice. Petitioner has not made the required substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

Dated:    **June 10, 2015**                          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE